FISCHBEIN, JACK & CATHERINE                                              09-12812

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

| Case | Debtor |
|---|---|
| 09-12812 JAB | FISCHBEIN, JACK DARYL |
| 92000254581866 | FISCHBEIN, CATHERINE FLETCHER |
| COMBINED SMALL CHECK | |

TID #380380
WILBUR J. (BILL) BABIN, JR.

VOID AFTER 90 DAYS        113
60-249 / 433

Date  11/15/2010        $ ***********5.56

~~~Five Dollars and 56/100

Pay to the Order of:
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans LA 70130-3386

WILBUR J. (BILL) BABIN, JR., Trustee

⑈000113⑈ ⑆011172493⑆ 92000254581866⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227955    - KW
* * C O P Y * *
December 03, 2010
13:22:11

UNC.UNDER$25
09-12812

Debtor.: JACK DARYL FISCHBEIN
Trustee: Wilbur Babin, Jr.
Amount.:           $5.56 CH
Check#.: 113

Total-> $5.56

FROM: BABIN

12/3/10

Deposited to 106000

See Attachment for Claimants

cVogel

**WILBUR J. "BILL" BABIN, JR.**
Trustee in Bankruptcy
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

December 1, 2010

Ms. Cheryl Vogel
Fiscal Admin Supervisor
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Rm. B-601
New Orleans, LA 70130-3386

In re:  FISCHBEIN, JACK DARYL
FISCHBEIN, CATHERINE FLETCHER
USBC NO. 09-12812-B

Dear Ms. Vogel:

Enclosed herewith please find check #113 in the amount of $5.56 representing funds disbursed to the following creditors pursuant to trustee's distribution of funds:

| | |
|---|---|
| MELVIN PARNELL, JR., M.D.<br>4224 HOUMA BLVD<br>METAIRIE, LA 70006<br>Claim #1 | $0.07 |
| AMERICAN EXPRESS TRAVEL RELATED<br>SERVICES, CO., INC.<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701<br>Claim #2 | $2.89 |
| CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145<br>Claim # 3 | $0.05 |
| DELTA FINANCIAL SERVICES<br>1442 S. COLLEGE<br>LAFAYETTE, LA 70503<br>Claim #4 | $0.02 |

*Page 2 of 2*
*December 1, 2010*

| | |
|---|---|
| AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701<br>Claim #5 | $1.10 |
| RECOVERY MANAGEMENT SYSTEMS CORP<br>FOR GE MONEY BANK<br>DBA QCARD<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131<br>Claim #6 | $0.05 |
| AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701<br>Claim #7 | $1.16 |
| QUARLES INSULATION, INC.<br>2429 GREENWOOD STREET<br>KENNER, LA  70062-7930<br>Claim #9 | $0.22 |
| TOTAL: | $5.56 |

As more than 90 days have elapsed since the issuance of these checks and they have not cleared the bank, please place these funds in the Registry of the Court.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

                        Very truly yours,

                        WILBUR J. "BILL" BABIN, JR.
                        TRUSTEE

WJBjr/ld
Enclosure